(Del. Rev.12/98)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2005 MAR 18 PM 3:33

Adrian D. Walker
(Name of Plaintiff or Plaintiffs)

v.   CIVIL ACTION NO. 05-168

Citizens Bank Manager; Helen Johnson; US Treasury Dept.
(Name of Defendant or Defendants)

## COMPLAINT

1. This action is brought pursuant to **title 28 USC 2680**
   (Federal statute on which action is based)
   for discrimination related to **EEOC property** jurisdiction exists by virtue of
   (In what area did discrimination occur? e.g. race, sex, religion)
   **title 44 USC 1508**.
   (Federal statute on which jurisdiction is based)

2. Plaintiff resides at **204 Venus Lane**
   (Street Address)
   **Milton   Sussex   DE   19968**
   (City)  (County)  (State)  (Zip Code)
   **(302) 393-9380**
   (Area Code) (Phone Number)

3. Defendant resides at, or its business is located at **13 the Circle**
   (Street Address)
   **Georgetown   Sussex   DE   19947**
   (City)  (County)  (State)  (Zip Code)

4. The alleged discriminatory acts occurred on **10th**, **April**, **2003**.
   (Day)  (Month)  (Year)

5. The alleged discriminatory practice  ☒ is   ☐ is not  continuing.

6. Plaintiff(s) filed charges with the **DE District Court**
   (Agency)
   **844 N. King St.   Wilm.   NewCastle   (DE)   19801**
   (Street Address)  (City)  (County)  (State)  (Zip)
   regarding defendant(s) alleged discriminatory conduct on: **May 15th, 2003**
   (Date)

7. Attach decision of the agency which investigated the charges referred in paragraph 6 above.

8. Was an appeal taken from the agency's decision?    Yes ☒    No ☐
   If yes, to whom was the appeal taken? **Third Circuit Court**

9. The discriminatory acts alleged in this suit concern: (Describe facts on additional sheets if necessary)

   * **April 10th, 2003 Arrest and EEOC property. (Appendix 4)**

   * **May 13th, 2003 Sussex County CCP Sentence and prior False Imprisonment Nov. 07th, 2002. (Contempt)**

   * **February 19th, 2005 Application to U.S. Supreme Court Justice Souter.**

10. Defendant's conduct is discriminatory with respect to the following:
    A. ☐ Plaintiff's race
    B. ☐ Plaintiff's color
    C. ☐ Plaintiff's sex
    D. ☒ Plaintiff's religion
    E. ☐ Plaintiff's national origin

11. Plaintiff prays for the following relief: (Indicate the exact relief requested)

\* Settlement of U.S. Supreme Court Case No. 04-8617 pursuant to U.S. Supreme Court Rule 29(h) and (17). Please see title 44 USC Section 1508 and February 19th, 2005 document attached to Compliant. 03-472 memo is also attached.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 03-18-05

Adrian D. Walker
(Signature of Plaintiff)

January 10th, 2005 Questions (12) were Certified for Third Curcuit Court of Appeals review pursuant to title 28 USC Section 1254(2).