05 - 1 6 8

ADRIAN WALKER
20550 ATLANTA RD.
BRIDGEVILLE, DE 19933

U.S. SUPREME COURT
C/O JUSTICE SOUTER
ONE FIRST STREET, N.E.
WASHINGTON, DC 20543                          FEBRUARY 19TH, 2005

HONORABLE SUPREME COURT JUSTICE SOUTER

THIS DOCUMENT IS BEING SENT PRO'SE PURSUANT TO U.S.SUPREME

COURT RULE 22 FOR THIRD CURCUIT JUSTICE SOUTER. WITH MY SINCER-

EST APOLOGIZES APRIL 10TH, 2003 I WAS ARRESTED AND DETAINED FROM

CITIZENS BANK IN GEORGETOWN, (DE) WERE THE DISTINGUISHED SENA-

TOR THOMAS CARPER HAS A OFFICE. FEBRUARY 11TH, 2005 THE U.S. SUPR-

EME COURT DID FILE A PETITION (04-8617) FOR WRIT OF CERTIORARI. THE

LAW STATES THAT INNUENDO MUST BE SHOWN TO PROVE THE COMMIS-

SION OF LIBEL. PLEASE REVIEW THE CONCLUSION STATEMENT OF THIS

PETITION AND CERTIFIED QUESTIONS (1),(2),(3),AND(4). PROCESS SERVICE

(CIVIL SUMMONS) HAS BEEN DENIED FOR CASE NO. 00-381 VERSUS THE

DELAWARE STATE POLICE. THIS CASE NO. HAS BEEN CHANGED TO 03-810

AND APPEARS AS APPENDIX (A) AND APPENDIX (B) TO THIS PETITION. MY

INMATE ACCOUNT STATEMENT AFFIDAVIT IS ATTACHED TO THE U.S. SUP-

REME COURT IN FORMA PAUPERIS APPLICATION. FEBRUARY 15TH, 2005

SUSSEX COUNTY CCP COURT JUDGE ROSEMARY BEAUREGARD WAS ADD-

RESSED REGARDING CIVIL CONTEMPT OF FINES FOR CASE NO.00-381 AND

PAGE (1)OF(2)

DELAWARE SUPREME COURT BRIEFS (257-20001) THAT DID NOT CONFORM.
FINALLY, PLEASE SEE CONSTITUTIONAL AND STATUTORY PROVISIONS
FOR THE FIFTH AND FOURTEENTH CONSTITUTIONAL AMENDMENTS AND
WALKER V. BOWEN THAT APPEARS AS CASE CITATION NO. FIVE. SOCIAL
SECURITY AND THE STATE OF DELAWARE HAVE DENIED MEDICAL HEAR-
INGS AND ALL MEDICAL EVIDENCE TO SUBMIT TO COURT. ENCLOSED
WITH THIS LETTER ARE THE FOLLOWING DOCUMENTS.

1. CERTIFIED AFFIDAVIT TO JUDGE JANE R. ROTH THIRD CURCUIT
   COURT.

2. CASE NO. 00-381 MEMORANDUM AND DECISION ORDERS

3. FEBRUARY 15TH, 2005 NOTARIZED AFFIDAVIT TO CCP JUDGE ROSE-
   MARY BEAUREGARD SUSSEX COUNTY, DELAWARE.

VERY RESPECTFULLY

*Adrian D. Walker*

ADRIAN D. WALKER
PETITIONER PRO'SE

PAGE (2)OF(2)

(Notary Refused)