Redacted

April 28th, 2005

To whom it may concern

At the request of the Clerk this is for the filing of A Inmate Account Affidavit ~~os~~ for Case No. 05-168. Judge Sue L. Robinson.

Adrian Walker
Pro'Se



## AFFIDAVIT OF SERVICE

PURSUANT OT TITLE 28 USC SECTIONS 2410 AND 2675 (3) COPIES OF COMPLAINT NO. 05-168 AN (3) COPIES OF A AFFIDAVIT TO (DE) DISTRICT ATTORNEY COLM CONNELLY FOR DIVERSITY PROCEEDINGS WERE MAILED TO THE U.S. ATTORNEY FOR THE DISTRICT OF COLUMBIA AT THE DISTRICT COURT, 555 FOURTH STREET N.W. WASHINGTON DC 20001 ON THIS 05th DAY OF April 2005. ATTACHED TO THIS AFFIDAVIT OF SERVICE IS A LETTER FROM THE U.S. SOLICITOR GENERAL WASHINGTON, DC DATED MARCH 04TH, 2005.



RECEIVED
APR 28 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

ADRIAN D. WALKER

Adrian D. Walker
PETITITIONER PRO'SE

FOOTNOTE: CASE NO. 00-381 AND A MAY 04TH, 2000 EEOC AFFIDAVIT CONSTITUTE MOTIVE FOR DISCREDIT AND TAX LIEN REGARDING A EEOC REPORT WITH HELD AND A $30,000 DOLLARS REWARD.

IN THE SUPREME COURT OF THE UNITED STATES

WALKER, ADRIAN D.
    Petitioner

vs.

EEOC, ET AL.

No:   04-8617

### WAIVER

The Government hereby waives its right to file a response to the petition in this case, unless requested to do by the court.

PAUL D. CLEMENT
Acting Solicitor General
Counsel of Record

March 4, 2005

cc:

ADRIAN DANA WALKER
20550 ATLANTA ROAD
BRIDGEVILLE, DE 19933

ADRIAN WALKER
204 VENUS LANE
MILTON, DE 19968

US ATTORNEY GENERAL
COLM CONNELLY
1201 MARKET ST. ROOM 1100
WILMINGTON, DE 19801                                          APRIL 05TH, 2005

DEAR US ATTORNEY

    ATTACHED IS A FEBRUARY 15TH, 2005 AFFIDAVIT TO SCCCP JUDGE ROSEMARY BEAUREGARD AND CASE NO. 00-381GMS DECISION ORDERS FOR (DE) DISTRICT COURT. PETITIONER FINDS REASSIGNED JUDGE (SEPTEMBER 03RD, 2003 CASE NO. 03-472) SUE L. ROBINSON TO BE BIAS AND PRE-JUDICE REGARDING COMPLIANT NO. 05-168 AND U.S. SUPREME COURT PETITION NO. 04-8617 FOR CERTIORARI OF CASE NO.03-810. MY INMATE ACCOUNT STATEMENT AFFIDAVIT DATED SEPTEMBER 17TH, 2003 IS ATTACHED TO MY U.S. SIPREME COURT PAUPER APPLICATION FOR CASE NO. 03-810. PLEASE REFERENCE MY JUNE 23RD, 2003 U.S. ATTORNEY AFFIDAVIT. PURSUANT TO TITLE 44 USC SECTION 1508 SERVICE WAS MADE UPON THE U.S. ATTORNEY FOR THE DISTRICT OF COLUMBIA FOR DIVERSITY PROCEEDINGS PURSUANT TO TITLE 28 USC SECTION 2410 WITH THE ATTACHED TAX LIEN NOTICE FROM THE BALTIMORE, MD TREASURY DEPT. (IRS) DATED JUNE 20TH, 2001 FILED IN KENT COUNTY, DELAWARE LEVY COURT.

RESPECTFULLY,

*Adrian D. Walker*
ADRIAN D. WALKER

ADRIAN WALKER
20550 ATLANTA RD.
BRIDGEVILLE, DE 19933

SC COURT OF COMMON PLEAS
ONE THE CIRCLE, SUITE ONE
GEORGETOWN, DE 19947

FEBRUARY 15TH, 2005

HONORABLE JUDGE BEAUREGARD

AUGUST 10TH, 2001 I WAS SUMMONED TO SUSSEX COUNTY CCP COURT FOR A CIVIL CONTEMPT HEARING REGARDING DISTRICT COURT CASE NO. 00-381 AND DELAWARE SUPREME COURT BRIEFS(257-2001)THAT DID NOT CONFORM TO(TITLE 28 USC 2102) UNITED STATES PROIRITY. CASE NO.00-381 HAS BEEN CHANGED TO CASE NO.03-810 AND IS CURRENTLY BEING APPEALED TO THE UNITED STATES SUPREME COURT FOR PETITION OF CERTIORARI REGARDING A COMMERCIAL DRIVERS LICENSE AND CIVIL APPEAL. PURSUANT TO TITLE 18 USC SECTIONS 872 AND 880 U.S. ATTORNEY COLM CONNELLLY WAS MAILED A LEGAL AFFIDAVIT ON OCTOBER 07TH, 2004. TO DATE OVER $1221 HAS BEEN PAID IN CIVIL CONTEMPT OF FINES MONIES. PETITIONER FINDS DISTRICT OF COLUMBIA MEDICAL TORT JURISDICTION REGARDING A REPORT BY UROLOGIST DR. BENZ SEAFORD, DE AND CURRENT DELIBERATE PHYCHIATRIC DISABILITY.

RESPECTFULLY,

*Adrian D. Walker*

ADRIAN D. WALKER

STACY R. HULLIGER
NOTARY PUBLIC DELAWARE
MY COMMISSION EXP. 01/6/06

*Stacy R Hulliger*
2/10/05

```
                      COURT OF COMMON PLEAS
                  Sussex County Court of Common Pleas
                         1 THE CIRCLE, SUITE 1
                          Georgetown, DE 19947
                             (302)856-5333

                    PAYMENT RECEIPT NO. R0502002151


NAME:              ADRIAN D WALKER
ADDR:              20550 ATLANTA RD

                   BRIDGEVILLE DE 19933




CASE NUMBER:       9806013884              ARREST DATE: 06/19/1998

ARREST/TICKET(S):  SFA13292
DATE:              02/09/2005   TIME:   08:33:23


STARTING BALANCE:         1,066.00
AMOUNT PAID:                 25.00        PAID BY CASH
NEW BALANCE:              1,041.00



RECEIVED BY:       CCPAPOT



PLEASE RETURN THE PORTION BELOW WITH YOUR NEXT PAYMENT
-------------------------------------------------------------------
NAME:              ADRIAN D WALKER
CASE NUMBER:       9806013884
NEW BALANCE:          1,041.00

NEXT DUE DATE:     03/15/2005
AMOUNT DUE :          300.00
  THIS PAYMENT INCLUDES A PAST DUE AMOUNT OF $200.00

AMOUNT ENCLOSED:   $_____      CHECK #_____


MAKE CHECKS PAYABLE TO THE COURT OF COMMON PLEAS
```



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ADRIAN D. WALKER,                )
                                 )
         Plaintiff,              )
                                 )   C.A. No. 00-381-GMS
     v.                          )
                                 )
THE STATE OF DELAWARE,           )
TROOP 5,                         )
                                 )
         Defendant.              )

FILED

OCT - 8 2002

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## ORDER

WHEREAS, the plaintiff, Adrian D. Walker ("Walker") filed the above-captioned action on April 7, 2000;

WHEREAS, on April 10, 2002, the court entered an order requiring Walker to show cause why his case should not be dismissed for failure to serve process within 120 days of filing the complaint pursuant to Federal Rule of Civil Procedure 4(m);

WHEREAS, Walker's response was due on May 9, 2002;

WHEREAS, as of the date of this order, Walker has not responded;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1.   The Plaintiff's complaint is DISMISSED without prejudice.

2.   The Clerk of the Court is ordered to close this case.

Dated: October ___, 2002

UNITED STATES DISTRICT JUDGE



| Form 668 (Y)(c)<br>(Rev. October 2000) | 2282 | Department of the Treasury - Internal Revenue Service<br>**Notice of Federal Tax Lien** | |
|---|---|---|---|
| **Area:**<br>WAGE & INVESTMENT AREA<br>Lien Unit Phone: (800) 829-7650 | | **Serial Number**<br>520121379 | **For Optional Use by Recording Office** |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

- This Notice of Federal Tax Lien has been filed as a matter of public record.
- IRS will continue to charge penalty and interest until you satisfy the amount you owe.
- Contact the Area Office Collection Function for information on the amount you must pay before we can release this lien.
- See the back of this page for an explanation of your Administrative Appeal rights.

**Name of Taxpayer** ADRIAN D WALKER

**Residence** 4 CAROLINE PL
DOVER, DE 19904-3342

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1996 | ███0067 | 10/26/1998 | 11/25/2008 | 3464.44 |
| 1040 | 12/31/1997 | ███0067 | 11/15/1999 | 12/15/2009 | 3970.53 |

**Place of Filing**

Recorder of Deeds
Kent County
Dover, DE 19901

**Total** $ 7434.97

This notice was prepared and signed at ___Baltimore, MD___, on this, the __20th__ day of __June__, __2001__.

| Signature<br>*Joe F. Shelton*<br>for P S LANE | Title<br>ACS<br>(800) 829-7650 | 52-01-0000 |
|---|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 3 - Taxpayer's Copy

Form 668(Y)(c) (Rev. 10-00)
CAT. NO 60025X

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

March 28, 2005

Mr. Adrian Dana Walker
20550 Atlanta Road
Bridgeville, DE 19933

    Re:  Adrian Dana Walker
           v. United States District Court for the District of Delaware, et al.
           No. 04-8617

Dear Mr. Walker:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*William K Suter*

William K. Suter, Clerk

## PROOF OF SERVICE
## PURSUANT TO TITLE 28 USC SECTION 1254(2)
## RETURN RECEIPT
## FOR CERTIFIED QUESTIONS

**SENDER: COMPLETE THIS SECTION**

- Complete Items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: Judge Roth
c/o 3rd Curcuit filing Clerk
21400 U.S. Courthouse
601 Market Street
Phila. PA 19106

2. Article Number (Transfer from service label): 7004 2890 0007 0575 8440

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X _[signature]_  ☐ Agent ☐ Addressee
B. Received by (Printed Name): L. Martner/AN
C. Date of Delivery: JAN. 10th, 2005
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type:
   ☐ Certified Mail ☐ Express Mail
   ☐ Registered ☐ Return Receipt for Merchandise
   ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

_Adrian D. Walker_ [signature]
**ADRIAN D. WALKER PRO'SE**     _[signature: Stacy R Hulliger]_

**PRIORITY NOTES: BASES FOR CERTIORARI PETITION**

CERTIORARI OF CASE NO. 00-381 SHOULD BE REQUESTED FROM DELAWARE DISTRICT COURT REGARDING A VALID COMMERCIAL DRIVERS LICENSE AND DEPT. OF CORRECTIONS BACKGROUND CHECK ON OCTOBER 14TH, 1999. MAY 31ST, 2000 DISTRICT COURT JUDGE JOSEPH J. FARNAN SELF-INCRIMINATED ON A MIS-JOINDER AND NON-JOINDER OF COMPLIANTS DURING A CIVIL ORDER SETTING CONFERENCE FOR EMPLOYMENT AS A STATE OF DELAWARE CORRECTIONAL OFFICER. ALL MOTION AND FEDERAL COURT ACCESS HAVE BEEN DENIED SINCE EMPLOYMENT COMMISSION INVESTIGATION. THE STATE OF DELAWARE REQUIRES A VALID DRIVERS LICENSE FOR APPLICANTS TO QUALIFY FOR EMPLOYMENT.

SPECIAL NOTE: PLEASE SEE CERTIFIED QUESTION NO.(4). WITH CLOSE REVIEW OF APPENDIX (J) AND FOOTNOTES. (MEDICAL TORT)



STACY R. HULLIGER
NOTARY PUBLIC DELAWARE
MY COMMISSION EXP 06/02/06

Adrian Walker
4 Caroline Place
Dover, DE 19904

EEOC
21 S. 5th St., Suite 400
Phila., PA 19106-2515

May 4th, 2000

Dear Ana Gomez

Plaintiff adressed Delaware ACLU reguarding employment and credit On 8-14-99. Plaintiff is reguesting charges be filed against Nylon Capitol cre- Dit union. Pursuant 1998 amended Federal Identity Theft Law coupled with The Ninth Constitutional Amendment. Plaintiff also reguest charges be filed against Delaware State Police for reinstatement of comercial drivers license. Pursuant The Fifth Constitutional Amendment coupled with Title VII of the Civil Rights Act Of 1964, as amended. Plaintiff supports this charge with Civil Compliant NO.00-381 filed on 4-5-00. Plaintiff re-applied for position as correctional officer on 9-3-99. Plaintiff passed test for correctional officer with a score of 66 on 9-27-99. Plaintiff was initially scheduled to test on 4-28 98. Considering Compliant NO.00-381 plaintff is reguesting charges be filed against Delaware Dept. of Corrections. Pursuant 42 USCA Subsectioned 1983 coupled with Title VII of the Civil Rights Act of 1964, as amended. Plaintiff supports this charge with Civil Compliant NO.-361 filed on 3-31 00. Plaintiff moves for the following conditions of employment.
1. One month vacation (with pay) after 8 week training and before institu- Tional assignment
2. Assignment to SCI Court & Transportation Mon. to Thurs. 6AM to 4PM with route to Georgetown and Dover, DE only.
3. Union dues payed by employer.

Please note the following docket numbers for previous employment discrimination.
1. I.A. Construction      No Docket    9-14-94
2. Mazo Lerch            704102        4-9-95
3. Allens                708153        11-6-96
4. Flour Daniels         709372        4-8-97
5. Local Union 782       710070        7-13-97
6. Olsten Staffing       419868        4-16-00

Sincerely,
Adrian D. Walker

BLANCHE A. CAREY
NOTARY PUBLIC
STATE OF DELAWARE
COMM. EXPIRES MAY 15, 2001

IN THE ___District___ COURT OF THE STATE OF DELAWARE

IN AND FOR ___New Castle___ COUNTY

___Walker, Adrian D.___     \*
                            \*
                            \*
V.                        : \*    Cra. NO. 257-2001
                            \*
STATE OF DELAWARE           \*
                            \*

PETITION FOR ___United States Magistrate Order___

COMES NOW, the Petitioner, ___Adrian Walker___, pro se who pursuant to ___Title 28 of U.S. Code Section 636(A3)___, moves this Honorable Court to grant this petition. In support, the following facts are asserted;

Pursuant to title 28 sections 2102 and 2675 Sussex County Public deffender Karl Haller submitted Non-- Conforming briefs that omitted property of EEOC REPORT. Petitioner has United States filing status (under same title) section 2410 with pending tax lien from June 21st, 2001 Kent County, DE. March 04th, 2002 Delaware Supreme Court denied access under title 44 section 1508. March 04th, 2003 requested MEDICAL RELEASE from SCCC Georgetown, DE. April 08th, 2003 certified legal mail was sent to regional EEOC OFFICE.

Adrian D. Walker

*Adrian D. Walker*

Sussex Correctional Inst.

DATED: April 15th 2003



**STATE OF DELAWARE
DEPARTMENT OF FINANCE
DIVISION OF REVENUE**
CARVEL STATE BUILDING
820 NORTH FRENCH STREET
P.O. BOX 8763
WILMINGTON, DE 19898-8763

ADRIAN D WALKER                                October 8, 2003
PO BOX 500
GEORGETOWN, DE 19947

```
              SSN/FEIN:     ████-0067
              TAX TYPE:     PERSONAL INCOME TAX
              TAX PERIOD:   12/31/96-12/31/96
              CASE ID:      Z135781
              BALANCE:      $182.69
```

Dear ADRIAN D WALKER:

Since you failed to respond to our previous requests to satisfy your above liability, the Division of Revenue has contracted with **OSI, INC** to collect the balance in full.

You can contact OSI at:         800 234-3550

Or you can mail the amount due to:   OSI, INC
                                     P O BOX 469
                                     OWNINGS MILLS, MD  21117

The Division of Revenue has authorized OSI, INC to take all legal measures available to collect this debt.

                                Sincerely,

                                Bureau of Tax Collection
                                Division of Revenue

cc: CZ00-F8/DRPZB053/ZI3578T/Z0065714



Department of the Treasury
**Internal Revenue Service**

ATLANTA, GA 39901-0025

ADRIAN D WALKER
PO BOX 500
GEORGETOWN   DE   19947-0500005

**Customer Service**

1-800-829-8815
Caller ID: 946253

If you call us refer to this information:

Number of this Notice: CP16
Date of this Notice: MAY 27, 2002
Taxpayer Identification Number:
‑0067
Tax Form: 1040A
Tax Period: DEC. 31, 2000

**Amount of your refund: $.00**

We changed the overpayment amount on your 2000 tax return because we found one or more mistakes that changed your total tax. You may have expected a different refund amount or no refund at all. Our records show you owe other Federal tax(es), however, so we applied part or all of the overpayment to the underpaid account(s). We have listed the explanations of the change(s) and the amount(s) applied on the following page(s).

Please compare your return with the tax statement shown.

**If you agree** with our figures,
*do not contact us*

**If you disagree** with our figures or the way we processed your return, you may call the **Customer Service** number.

## 2000 TAX STATEMENT

| Line Item On Return | Your Figures | IRS Figures |
|---|---|---|
| Adjusted Gross Income | $3,404.00 | $3,404.00 |
| Taxable Income | $.00 | $.00 |
| Total Tax | $.00 | $.00 |
| Total Payments |  | $289.00- |
| Overpayment |  | $289.00 |
| Less: | | |
| *Interest: |  | $.00 |
| Applied to other Federal taxes |  | $289.00 |
| Amount applied to next year's estimated tax |  | $.00 |
| TOTAL SUBTRACTED |  | $289.00 |
| **Amount Of Refund Per This Notice** |  | **$.00** |
| (Interest added, if any) | | |

*See the following pages of this notice for penalty and interest explanations.*

Page 1

# REQUEST FORM
# FOR
# INMATE ACCOUNT ACTIVITY STATEMENT

Inmate Name: Walker Adrian D.          SBI Number: 00194683
             (Last)   (First)  (M.I.)

Housing Unit: Structured Care Unit A-8

...............................................................

In accordance with Bureau of Prisons Procedure 5.4 entitled "In Forma Pauperis", please provide a summary of my account transactions.

Adrian Walker
Adrian Walker
Inmate Signature                           Notary

Inmate Account Activity Statement will be processed only after staff verifies your voucher documents are complete.

DIANE M. PLUMMER
Notary Public, State of Delaware
My Commission Expires March 25, 2005

RECEIVED

Date received by business office: SEP 1 7 2003
SCI BUSINESS OFFICE

FOOTNOTE ADDED: SEPTEMBER 24TH, 2003 INMATE ACCOUNT STATEMENTS WERE MAILED TO THE DELAWARE DISTRICT COURT. SEE PETITION CONCLUSION FOR DECLARATION WITH FOOTNOTES PURSUANT TO TITLE 44 USC SECTION 1508 THAT APPEARS ON APPENDIX (L).

## MEDICAL MEMO

**TO:** DR. BARRIOCANAL

**FROM:** ADRIAN WALKER

**DATE:** APRIL 25TH, 2005

**RE:** DR. BENZ UROLOGIST REPORT

DR. BARRIOCANAL

ABOUT NOVEMBER OF 2001 I STARTED TO DEVELOP PELVIC DISCOMFORT FROM PEDIATRIC ORCHIDOCELIOPLASTY. SEPTEMBER OF 2002 I WAS ADVISED TO USE METAMUCIL BY THE (SCI) PRISON INFIRMARY FOR GASTRIC REASONS. JULY OF 2004 UROLOGIST DR. BENZ SEAFORD, DE FILED A REPORT BASED ON TWO OFFICE VISITS, PSYCHIATRIC MEDICATIONS, AND CBC THAT HE ORDERED ONE YEAR PRIOR TO REPORT. JANUARY 10TH, 2005 QUESTIONS WERE CERTIFIED PURSUANT TO TITLE 28 SECTION 1254 UNITED STATES CODE. DISABILITY DETERMINATION SERVICES DID NOT INTERVIEW REGARDING CURRENT SSI DISABILITY AND PELVIC DISCOMFORT. RELEASE OF INFORMATION WAS SIGNED FOR FROM GERMANTOWN MEMORIAL HOSPITAL BIRTH RECORDSAND FOR ORCHIDOCELIOPLASTY. REVIEW IS CURRENTLY BEING SOUGHT OF WITH DIVERSITY CASE NO.05-168 PURSUANT TO TITLE 42 SECTION 504(A)(B), AND (C) WITH MEDICAL EXPERTS.

(1) OF(2)

APRIL 12TH, 2005 PRIMARY CARE PHYSICIAN DR.GREEN (CHRISTIANA CARE) GAVE REFERRAL FOR TREATMENT. VOCATIONAL REHABILATION AND PRIMARY CARE HAVE DENIED INFORMATION REGARDING REPORT BY UROLOGIST DR. BENZ TO THIS DATE. PATIENT REQUEST REFERRAL FOR REHABILATATIVE AND/OR PHYSICAL THERAPY REGARDING CURRENT PELVIC DISCOMFORT AND ORCHIDOCELIOPLASTY.

THANK YOU,

*Adrian Walker*
ADRIAN WALKER
*Adrian Walker*

*Deborah D. Baker* 4-25-05
Notary Public

DEBORAH D. BAKER
NOTARY PUBLIC
STATE OF DELAWARE
MY COMMISSION EXP. 9-2-2007

(2)OF(2)