NOTICE OF APPEAL
TO
U.S. COURT OF APPEALS, THIRD CIRCUIT

FILED
JUN 29 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**U.S. District Court for the District of Delaware**

CIRCUIT COURT
DOCKET NUMBER: _____
(leave blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

DISTRICT COURT
DOCKET NUMBER: 05-168

ADRIAN D. WALKER

v.

DISTRICT COURT
JUDGE: SUE L. ROBINSON

CITIZENS BANK MANAGER;   EMPLOYEE HELEN
JOHNSON AND THE DEPT. OF TREASURY

Notice is hereby given that ___ADRIAN D. WALKER___
(Named Party)
appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment, [x] Order,

[x] Other (specify) ATTACHED AFFIDAVIT IS FOR JANUARY 10th, 2005 CERTIFIED QUESTIONS

TO JUDGE JANE ROTH FOR U.S. SUPREME COURT CERTIORARI PETITION NO. 04-8617

entered in this action on MARCH 28th, 2005
(date)

DATED: June 28th, 2005

_(signature)_
(Counsel for Appellant-Signature)

_(signature)_
ADRIAN D. WALKER   PRO'SE
(Name of Counsel - Typed)

20550 atlanta road
(Address)

BRIDGEVILLE, DE 19933

(302) 393-9380 or (302) 628-3308
(Telephone Number)

_(signature)_ June 28, 2005
Notary Public

DEBORAH D. BAKER
NOTARY PUBLIC
STATE OF DELAWARE
MY COMMISSION EXP. 9-2-2007

UNKNOWN
(Counsel for Appellee)

_____
(Address)

UNKNOWN
(Telephone Number)

NOTE: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the
Notice of Appeal sheet.

# NOTICE OF APPEAL AFFIDAVIT FOR THE THIRD CURCUIT COURT OF APPEALS

PURSUANT TO TITLE 28 USC SECTIONS 144 AND 2680 ATTACHED ARE TWO U.S. ATTORNEY AFFIDAVITS FOR DIVERSITY PROCEEDINGS OF CASE NO. 05-168 PURSUANT TO TITLE 28 USC SECTION 2410 WITH STILL PENDING DEPT. OF TREASURY TAX LEIN. JANUARY 10TH, 2005 QUESTIONS WERE CERTIFIED PURSUANT TO TITLE 28 USC SECTION 1254(2) WITH U.S. SUPREME COURT CERTIORARI PETITION NO.04-8617. COMPLIANT NO. 03-810 IS REQUESTING PROCESS CIVIL SERVICE FOR COMPLIANT NO. 00-381(GMS). COMPLIANT NO. 00-381 IS VERSUS THE DELAWARE STATE POLICE REGARDING A VALID COMMERCIAL DRIVERS LICENSE AND DEPT.OF CORRECTIONS BACK GROUND CHECK FOR EMPLOYMENT. DELAWARE SUPREME COURT BRIEFS FOR CASE NO. 257-2001 (PUBLICATION DATE MARCH 07TH,2002) NON-CONFORM PRIORITY PURSUANT TO TITLE 28 USC SECTION 2102 WITH CASE NO.00-381 STILL PENDING REQUESTING CIVIL PROCESS SERVICE. PETITIONER FINDS DELAWARE DISTRICT COURT JUDGE GREGORY M. SLEET LIBEL FOR SLANDER AND CHARACTER DEFAMATION WITH 00-381 PROCEDURAL INJUNCTION IN FORMA PAUPERIS MEMORANDUM AFTER $150.00 DOLLARS WAS PAID FOR FILING FEES UNDER COMPLIANT 00-361 JIONDER MOTION. SUSSEX COUNTY COURT OF COMMON PLEAS IS CURRENTLY DEMANDING CIVIL CONTEMPT OF FINES MONEY FOR CASE NO.00-381RE-ASSIGNED CASE NO.03-810 FROM A OCTOBER 02ND,2004 ARREST BY THE DELAWARE STATE POLICE.

FINALLY, ATTACHED ALSO IS A MEDICAL MEMO FOR COURT ORDERED REVIEW OF CURRENT DELIBERATE PSYCHIATRIC DISABILITY PURSUANT TO TITLE 42 USC SECTION 504 (A),(B), AND (C). PETITIONER FINDS NYLON CAPITOL FEDERAL CREDIT UNION (NOT QUILTY TRIAL) FOR INSUFFICIENT FUNDS AND ORDERED STATE PSYCHIATRIC EVALUATION (APRIL 14TH, 1999) TO BE COERSIVE ETHICS IN PSYCHIATRY. THIS IS BASED ON CERTIFIED QUESTIONS (1), (2), AND ARREST (COMPLAINT 00-381) BY TFC LESLIE DICK.

**THE ACLU AFFIDAVIT DATED AUGUST 14TH,1999 WAS OMMITTED FROM 00-381 MEMO. AUGUST 14TH, 2003 SCCC/SVOP COMMITTED TO PRISON (SCI) INFIRMARY.**

SEPTEMBER 03RD, 2003 WHILE INCARCERATED IN PRISON (SCI) CHRONIC CARE UNIT SUE L. ROBINSON WAS NEWLY ASSIGNED AS FEDERAL JUDGE FOR COMPLAINTS 03-472 AND 03-809 DUE TO INDIFFERENCE WITH JUDGE GREGORY M. SLEET AND 00-381 INJUNCTION MEMORANDUM.

RESPECTFULLY, SUBMITTED
JUNE 28TH, 2005
ADRIAN D. WALKER
PRO'SE LITIGANT

DEBORAH D. BAKER
NOTARY PUBLIC
STATE OF DELAWARE
MY COMMISSION EXP. 9-2-2007

FOOTNOTE: SIX COMPLAINTS WERE SUBMITTED UNDER CASE NO. 03-472 BASED ON NON-CONFORMING DELAWARE SUPREME COURT BRIEFS FOR CASE NO. 257-2001. ALL COMPLAINTS WERE NON-JOINDERED AND ASSIGNED SEPARATE CASE NUMBERS 03-809 ETC; ETC; BY THE DISTRICT COURT. 809,810, AND 811 HAVE THE SAME DATE.

## AFFIDAVIT OF SERVICE

PURSUANT OT TITLE 28 USC SECTIONS 2410 AND 2675 (3) COPIES OF COMPLAINT NO. 05-168 AN (3) COPIES OF A AFFIDAVIT TO (DE) DISTRICT ATTORNEY COLM CONNELLY FOR DIVERSITY PROCEEDINGS WERE MAILED TO THE U.S. ATTORNEY FOR THE DISTRICT OF COLUMBIA AT THE DISTRICT COURT, 555 FOURTH STREET N.W. WASHINGTON DC 20001 ON THIS 05th DAY OF April 2005. ATTACHED TO THIS AFFIDAVIT OF SERVICE IS A LETTER FROM THE U.S. SOLICITOR GENERAL WASHINGTON, DC DATED MARCH 04TH, 2005.



ADRIAN D. WALKER

Adrian D. Walker

PETITIONER PRO'SE

FOOTNOTE: CASE NO. 00-381 AND A MAY 04TH, 2000 EEOC AFFIDAVIT CONSTITUTE MOTIVE FOR DISCREDIT AND TAX LIEN REGARDING A EEOC REPORT WITH HELD AND A $30,000 DOLLARS REWARD.



Adrian Walker
P.O. Box 1375
Wilmington, DE 19899

District Court Clerk
844 North King Street
Wilmington, DE 19801