ADRIAN WALKER
204 VENUS LANE
MILTON, DE 19968

US ATTORNEY GENERAL
COLM CONNELLY
1201 MARKET ST. ROOM 1100
WILMINGTON, DE 19801



APRIL 05TH, 2005

DEAR US ATTORNEY

    ATTACHED IS A FEBRUARY 15TH, 2005 AFFIDAVIT TO SCCCP JUDGE ROSEMARY BEAUREGARD AND CASE NO. 00-381GMS DECISION ORDERS FOR (DE) DISTRICT COURT. PETITIONER FINDS REASSIGNED JUDGE (SEPTEMBER 03RD, 2003 CASE NO. 03-472) SUE L. ROBINSON TO BE BIAS AND PRE-JUDICE REGARDING COMPLIANT NO. 05-168 AND U.S. SUPREME COURT PETITION NO. 04-8617 FOR CERTIORARI OF CASE NO.03-810. MY INMATE ACCOUNT STATEMENT AFFIDAVIT DATED SEPTEMBER 17TH, 2003 IS ATTACHED TO MY U.S. SIPREME COURT PAUPER APPLICATION FOR CASE NO. 03-810. PLEASE REFERENCE MY JUNE 23RD, 2003 U.S. ATTORNEY AFFIDAVIT. PURSUANT TO TITLE 44 USC SECTION 1508 SERVICE WAS MADE UPON THE U.S. ATTORNEY FOR THE DISTRICT OF COLUMBIA FOR DIVERSITY PROCEEDINGS PURSUANT TO TITLE 28 USC SECTION 2410 WITH THE ATTACHED TAX LIEN NOTICE FROM THE BALTIMORE, MD TREASURY DEPT. (IRS) DATED JUNE 20TH, 2001 FILED IN KENT COUNTY, DELAWARE LEVY COURT.

RESPECTFULLY,

*Adrian D. Walker*
ADRIAN D. WALKER