## MEDICAL MEMO



**TO:** DR. BARRIOCANAL

**FROM:** ADRIAN WALKER

**DATE:** APRIL 25TH, 2005

**RE:** DR. BENZ UROLOGIST REPORT

DR. BARRIOCANAL

ABOUT NOVEMBER OF 2001 I STARTED TO DEVELOP PELVIC DIS-COMFORT FROM PEDIATRIC ORCHIDOCELIOPLASTY. SEPTEMBER OF 2002 I WAS ADVISED TO USE METAMUCIL BY THE (SCI) PRISON INFIR-MARY FOR GASTRIC REASONS. JULY OF 2004 UROLOGIST DR. BENZ SEAFORD, DE FILED A REPORT BASED ON TWO OFFICE VISITS, PSYCHI-ATRIC MEDICATIONS, AND CBC THAT HE ORDERED ONE YEAR PRIOR TO REPORT. JANUARY 10TH, 2005 QUESTIONS WERE CERTIFIED PURSUANT TO TITLE 28 SECTION 1254 UNITED STATES CODE. DISABILITY DETERMINA-TION SERVICES DID NOT INTERVIEW REGARDING CURRENT SSI DISABI-LITY AND PELVIC DISCOMFORT. RELEASE OF INFORMATION WAS SIGNED FOR FROM GERMANTOWN MEMORIAL HOSPITAL BIRTH RECORDSAND FOR ORCHIDOCELIOPLASTY. REVIEW IS CURRENTLY BEING SOUGHT OF WITH DIVERSITY CASE NO.05-168 PURSUANT TO TITLE 42 SECTION 504(A)(B), AND (C) WITH MEDICAL EXPERTS.

(1) OF(2)

APRIL 12TH, 2005 PRIMARY CARE PHYSICIAN DR.GREEN (CHRISTIANA

CARE) GAVE REFERRAL FOR TREATMENT.  VOCATIONAL REHABILA-

TION AND PRIMARY CARE HAVE DENIED INFORMATION REGARDING

REPORT BY UROLOGIST DR. BENZ TO THIS DATE.  PATIENT REQUEST

REFERRAL FOR REHABILATATIVE AND/OR PHYSICAL THERAPY REG-

ARDING CURRENT PELVIC DISCOMFORT AND ORCHIDOCELIOPLASTY.



RECEIVED

APR 2 8 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

THANK YOU,

ADRIAN WALKER

Notary Public

DEBORAH D. BAKER
NOTARY PUBLIC
STATE OF DELAWARE
MY COMMISSION EXP. 9-2-2007

(2)OF(2)