05-3296 (CMD)

**Affidavit accompanying Motion for
Permission to Appeal In Forma Pauperis**

United States District Court for the District of Delaware

v.

Citizens bank Manager;
Employee Helen Johnson
And Dept. of treasury

D.C. Case No. 05-168

Third Cir. No. 05-3296



FILED
JUL 14 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I sear or affirm under penalty of perjury that my answers on this form are true and correct. (28 U.S.C. § 1746, 18 U.S.C. § 1621)

Signed: Adrian Walker   Date: 07-12-05

**Instructions**

Complete all questions on this application and then sign it. Do not leave any blanks. If the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate piece of paper identified with your name, your case's docket number, and the question number.

**My issues on Appeal are:**

Certified Questions (Jan. 10th 2005) Pursuant to title 28 USC 1254(2)

Diversity pursuant to title 42 USC 504(A), (B), and (C).

June 28th, 2005 Third Circuit Court was given (1) Appeal notice Pursuant to title 44 USC Section 1508 with filing status under title 28 USC 2410.

05-3296 (CMD)

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| INCOME SOURCE | AVERAGE MONTHLY AMOUNT DURING THE PAST 12 MONTHS | AMOUNT EXPECTED NEXT MONTH |
|---|---|---|
| | You | Your Spouse |
| Employment | $ N/A | $ —— |
| Self-Employment | $ N/A | $ —— |
| Income from real property (such as rental income) | $ N/A | $ —— |
| Interest and Dividends | $ N/A | $ —— |
| Gifts | $ N/A | $ —— |
| Alimony | $ N/A | $ —— |
| Child Support | $ N/A | $ —— |
| Retirement (such as social security, pensions, annuities, insurance) | $ N/A | $ —— |
| Unemployment payments | $ N/A | $ —— |
| Disability (such as social security, insurance payments) | $ 635 | $ —— |
| Public Assistance (such as welfare) | $ 60 | $ —— |
| Other (specify): _____ | $ N/A | $ —— |
| Total monthly income | $ 695 | $ —— |

2

05-3296 (CMD)

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| Kelly temp | Dover, DE | 05/00 / 05/00 | 250 wk. |
| Mazo Lerch | Seaford, DE | 10/94 / 04/95 | 250 wk. |
| Coca-Cola | Dothan, AL | 02/93 / 01/94 | 280 wk. |

3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| N/A | — | — | — |
| N/A | — | — | — |
| N/A | — | — | — |

4. How much cash do you and your spouse have? $ 200.00

Below, state any money you or spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Sussey County FCU | Savings | $120.00 | $ N/A |
| MasterCard | Debit | $00.00 | $ N/A |
| N/A | N/A | $ N/A | $ N/A |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement for each account.

3

05-3296 (CMD)

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home (Value) | Other real estate (Value) | Motor Vehicle # 1 (Value) |
|---|---|---|
| N/A | N/A | |
| | | Make & year: N/A |
| | | Model: |
| | | Registration #: |

| Motor Vehicle # 2 (Value) | Other assets (Value) | Other assets (Value) |
|---|---|---|
| | N/A | N/A |
| Make & year: N/A | | |
| Model: | | |
| Registration #: | | |

6. State every person, business or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | | |
| N/A | | |
| N/A | | |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| N/A | | |
| N/A | | |
| N/A | | |

4

05-3296 (CMD)

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your Spouse |
|---|---|---|
| Rent or Home Mortgage (Include lot rented for mobile home) | $ 425 month | $ |
| Are real estate taxed included? ☐ yes ☑ no | | |
| Is property insurance included? ☐ yes ☑ no | | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 35 wk | $ |
| Home maintenance (repairs and upkeep) | $ 80 month | $ |
| Food | $ 60 month | $ |
| Clothing | $ 50 month | $ |
| Laundry and dry-cleaning | $ 20 month | $ |
| Medical and dental expenses | $ N/A | $ |
| Transportation (not including motor vehicle payments) | $ 40 month | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ 10 month | $ |
| Insurance (not deducted from wages or included in mortgage payments) | $ N/A | $ |
| Homeowners or renters | $ N/A | $ |
| Life | $ N/A | $ |
| Health | $ N/A | $ |
| Motor Vehicle | $ N/A | $ |
| Other: | $ N/A | $ |
| Taxes (not deducted from wages or included in mortgage payments)(specify): | $ N/A | $ |

5

05-3296 (CMD)

|  | You | Your Spouse |
|---|---|---|
| Installment payments | $ N/A | $ |
| Credit Card (name): _____ | $ N/A | $ |
| Department Store (name): ___ | $ N/A | $ |
| Other: _____ | $ N/A | $ |
| Alimony, maintenance and support paid to others | $ N/A | $ |
| Regular expenses for operation of business or farm (attach detailed statement) | $ N/A | $ |
| Other (specify): _____ | $ N/A | $ |
| **Total monthly expenses:** | $ 800 | $ |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

☐ Yes  ☑ No   If yes, describe on an attached sheet.

10. Have you paid ____ Or will you be paying ____ an attorney any money for services in connection with this case, including the completion of this form?

☐ Yes  ☑ No   If yes, how much? $ _____

If yes state the attorney's name, address and telephone number:

_____
_____
_____

6

05-3296 (CMD)

11. Have you paid _____ Or will you be paying _____ anyone other than attorney (such as a paralegal or typist) any money for services in connection with this case, including the completion of this form?

☐ Yes    ☑ No    If yes, how much? $ _____

If yes state the person's name, address and telephone number:

_____

_____

_____

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

With held property in connection with Certiorari of Case No. 00-381.

13. State the address of your legal residence.

20550 Atlanta Road
Bridgeville, DE 19933

Your daytime telephone number: (302) 628-3308

Your age: 36    Your years of Schooling: 1

Rev: 9/29/04

Adrian Walker
P.O. Box 1375
Wilmington, DE 19899

District Court Clerk
844 North King Street
Wilmington, DE 19801

U.S. POSTAGE PAID
SEAFORD DE
JUL 12 '05
00040195-05
19801
AMOUNT $0.00