APS-339                                                                August 18, 2005

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. **05-3296**

ADRIAN D. WALKER,

    Appellant

  v.

MANAGER HELEN JOHNSON,
Citizens Bank; US TREASURY DEPT.

  (D. Del. Civ. No. 05-cv-00168)

Present: SLOVITER, FUENTES AND NYGAARD, CIRCUIT JUDGES

    Submitted are:

    (1)    By the Clerk for possible dismissal due to jurisdictional defect; and

    (2)    Appellee United States Treasury Department's Motion to Dismiss for Lack of Appellate Jurisdiction or in the Alternative, Motion for Summary Affirmance

    in the above-captioned case.

                Respectfully,

                Clerk

MMW/JLR/je/cmd

_____O R D E R_____

Appellee's motion to dismiss the appeal for lack of jurisdiction is granted. Appellant seeks to appeal a non-final order. See Borelli v. City of Reading, 532 F.2d 950, 951-52 (3d Cir. 1976) (stating an order dismissing a complaint without prejudice is neither final nor appealable unless the plaintiff cannot amend or declares his intention to stand on his complaint). Appellant has not declared his intention to stand on his complaint and it

ADRIAN D. WALKER,

      Appellant

   v.

MANAGER HELEN JOHNSON,
Citizens Bank; US TREASURY DEPT.

C.A. No. 05-3296

Page Two

appears he can amend it.  Construing Appellant's appeal in part as a petition for a writ of mandamus seeking review of the District Court Judge's denial of his recusal motion pursuant to 28 U.S.C. § 455, the petition for a writ of mandamus is denied.  The record does not reasonably support the appearance of prejudice or bias on the part of the District Court Judge.  <u>In re Antar</u>, 71 F.3d 97, 101 (3d Cir. 1995).

                By the Court,

                /s/ Julio M. Fuentes
                Circuit Judge

Dated: September 20, 2005
CMD/cc: Adrian Dana Walker
       Patricia C. Hannigan, Esq.



A True Copy:

Marcia M. Waldron, Clerk