OFFICE OF THE CLERK

**MARCIA M. WALDRON**

CLERK

**UNITED STATES COURT OF APPEALS**

FOR THE THIRD CIRCUIT

21400 UNITED STATES COURTHOUSE

601 MARKET STREET

PHILADELPHIA, PA 19106-1790

TELEPHONE

215-597-2995

Delaware  District Clerk

Date__9/20/05_____

In Re: Walker v. Johnson

  (Caption)

C. of A. No. 05-3296

Adrian D. Walker

 (Appellant)

05-cv-00168

  (D.C. No.)

Enclosures:

_____**9/20/05**_____ Certified copy of  Order by the **Court**

          (Date)

_____ Released (Record) (Supplemental Record - First - Second - Third)

_____ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not released at this time until appeal(s) closed at No.(s)_____

_____ Please forward Certified List in lieu of Record to this office.

_____ The certified copy of Judgement issued as the mandate on _____ is recalled.

_____Chiquita Dyer_____ (267)-299- 4919___

            Case Manager      Telephone Number

Receipt Acknowledge:

_____

  (Name)

_____

  (Date)

Rev. 4/3/03

Appeals (Certified List in Lieu of Record)