CLOSED, PaperDocuments

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:05-cv-00168-SLR
### Internal Use Only

Walker v. Johnson et al  
Assigned to: Honorable Sue L. Robinson  
Cause: 28:1331 Fed. Question: Tort Action  

Date Filed: 03/18/2005  
Jury Demand: None  
Nature of Suit: 290 Real Property: Other  
Jurisdiction: Diversity  

**Plaintiff**

**Adrian D. Walker**     represented by     **Adrian D. Walker**  
Adrian Dana Walker, Pro se  
20550 Atlanta Road  
Bridgeville, DE 19933  
302-393-9380  
PRO SE  

V.

**Defendant**

**Manager Helen Johnson**  
*Citizens Bank*

**Defendant**

**US Treasury Dept.**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/18/2005 | 1 | MOTION for Leave to Proceed in forma pauperis - filed by Adrian D. Walker. (mwm, ) (Entered: 03/21/2005) |
| 03/18/2005 | 2 | COMPLAINT filed against Helen Johnson, US Treasury Dept. - Magistrate Consent Notice to Pltf. - filed by Adrian D. Walker. (Attachments: # 1 Attachment# 2 Attachment# 3 Civil Cover Sheet) (mwm, ) (Entered: 03/21/2005) |
| 03/30/2005 |  | Case assigned to Judge Sue L. Robinson. Please include the initials of the Judge (SLR) after the case number on all documents filed. (rjb, ) (Entered: 03/30/2005) |
| 04/28/2005 | 3 | SEALED Inmate Account AFFIDAVIT filed by Adrian D. Walker. (fmt, ) Modified on 4/29/2005 (fmt, ). (Entered: 04/29/2005) |
| 04/28/2005 | 4 | REDACTED VERSION of 3 Affidavit by Adrian D. Walker. (fmt, ) (Entered: 04/29/2005) |

| | | |
|---|---|---|
| 06/06/2005 | 5 | MEMORANDUM ORDER granting 1 MOTION for Leave to Proceed in forma pauperis filed by Adrian D. Walker, denying 4 Request for Recusal filed by Adrian D. Walker; to the extent that plaintiff is challenging the fact or duration of his conviction and sentence, his claim is frivolous and shall be dismissed without prejudice; plaintiff's remaining claims shall be dismissed without prejudice. Signed by Judge Sue L. Robinson on 6/3/05. (fmt, ) (Entered: 06/06/2005) |
| 06/07/2005 | | CASE CLOSED (rld, ) (Entered: 06/07/2005) |
| 06/29/2005 | 6 | NOTICE OF APPEAL of 5 Memorandum and Order, Appeal filed by Adrian D. Walker. (Attachments: # 1 Attachment 1 to Appeal# 2 Attachment 2 to Appeal)(fmt, ) (Entered: 07/05/2005) |
| 07/08/2005 | 7 | NOTICE of Docketing from USCA for the Third Circuit for 6 Notice of Appeal filed by Adrian D. Walker. USCA Case Number: 05-3296. USCA Case Manager: Chiquita Dyer. (DOCUMENT IS RESTRICTED AND CAN ONLY BE VIEWED BY COURT STAFF)(ai) (Entered: 07/08/2005) |
| 07/14/2005 | 8 | MOTION for Leave to Appeal in forma pauperis - filed by Adrian D. Walker. (fmt, ) (Entered: 07/14/2005) |
| 07/14/2005 | | SO ORDERED, re 8 MOTION for Leave to Appeal in forma pauperis filed by Adrian D. Walker, . Signed by Judge Sue L. Robinson on 7/14/05. (rld, ) (Entered: 07/14/2005) |
| 09/20/2005 | 9 | USCA Order Terminating Appeal as to 6 Notice of Appeal filed by Adrian D. Walker,. USCA Decision: dismissing. (Attachments: # 1)(cd, ) (Entered: 10/05/2005) |
| 02/03/2006 | 10 | Letter to Adrian D. Walker from Clerk regarding return of papers - Letter to Honorable Judge Gregory M. Sleet, dated 1/3/06, Money Order payable to the U.S. Marshal Service in the amount of $25.00, and USM Form dated 1/3/06. (fmt, ) (Entered: 02/06/2006) |
| 02/08/2006 | | ***Set Paper Documents Flag (rbe, ) (Entered: 02/08/2006) |